```
                    I N V O I C E
                    NO. 16212VB
                    TIN#37-1231813
                  SOUTHERN REPORTING
         P.O. BOX 36, MARION, ILLINOIS 62959
     TELEPHONE:  (618) 997-8455 or (800) 852-2387
            E-MAIL:  sr.notices@gmail.com
         WEB ADDRESS: SOUTHERN-REPORTING.COM


                     JUNE 5, 2012
```

MR. IAN P. COOPER
TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C.
Attorney (s) At Law
34 N. Meramec Avenue
St. Louis, MO   63105


RE:  DEP OF PATRICK NOVAK
     NOVAK V. SIU BOARD OF TRUSTEES, ET AL.
     TAKEN ON MAY 29, 2012
*******************************************

| | | |
|---|---|---|
| ATTENDANCE OF REPORTER: | $ | 95.00 |
| ORIGINAL OF IAN COOPER: | $ | 511.00 |
| **ELECTRONIC DISCOUNT:** | $ | - 25.55 |
| POSTAGE & HANDLING: | $ | 3.00 |
| (TO MAIL EXHIBIT) | | |
| | | |
| TOTAL AMOUNT DUE: | $ | 583.45 |


REPORTER:  VALERI BLEYER, CSR, RPR CSR# 084-002678

        THIS INVOICE REFLECTS A CASH DISCOUNT
 FOR PAYMENT WITH A MAJOR CREDIT CARD THERE IS A 5%
                        FEE
          ***YOUR BUSINESS IS APPRECIATED***



EXHIBIT C