# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 463926 | 3/26/2013 | 115160 |
| Job Date | Case No. | |
| 3/6/2013 | 3:12-CV-00007-WDS-PMF | |
| Case Name | | |
| Patrick Novak vs. The Board of Trustees of Southern Illinois University, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

PohlmanUSA Court Reporting
10 South Broadway
Suite 1400
Saint Louis, MO 63102
Phone: 877-421-0099   Fax: 314-421-0099

Ian P. Cooper
Tueth, Keeney, Cooper, Mohan & Jackstadt
34 North Meramec Avenue
Suite 600
St. Louis, MO 63105

ORIGINAL DEPOSITION - TRANSCRIPT WITH WORD INDEX
    PATRICK NOVAK

| | | |
|---|---|---|
| | 164.00 Pages | 631.40 |
| Attendance of Reporter | 3.50 Hours | 87.50 |
| Scrunch | | 0.00 |
| Handling & Delivery | | 8.00 |
| | **TOTAL DUE >>>** | **$726.90** |

THANK YOU. WE APPRECIATE YOUR BUSINESS.

**THIS DEPOSITION TAKEN IN CARBONDALE, IL**

**Tax ID:** 37-1302924

*Please detach bottom portion and return with payment.*

---

Ian P. Cooper
Tueth, Keeney, Cooper, Mohan & Jackstadt
34 North Meramec Avenue
Suite 600
St. Louis, MO 63105

Invoice No. : 463926
Invoice Date : 3/26/2013
**Total Due** : **$ 726.90**

Remit To: **PohlmanUSA Court Reporting**
        **10 South Broadway - Suite 1400**
        **St. Louis, MO 63102**

Job No. : 115160
BU ID : 40BKCROUUN
Case No. : 3:12-CV-00007-WDS-PMF
Case Name : Patrick Novak vs. The Board of Trustees of Southern Illinois University, et al.

**EXHIBIT D**