## I N V O I C E
### NO. 34513VB
**TIN#37-1231813**

SOUTHERN REPORTING
P.O. BOX 36, MARION, ILLINOIS 62959
TELEPHONE:  (618) 997-8455 or (800) 852-2387
E-MAIL:  sr.notices@gmail.com
WEB ADDRESS:  SOUTHERN-REPORTING.COM


OCTOBER 31, 2013



MR. IAN P. COOPER
TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C.
ATTORNEY (S) AT LAW
34 N. MERAMEC AVENUE
ST. LOUIS, MO  63105


RE:  DEP OF SHARON SHROCK & LYNN SMITH
     NOVAK V. SIU
     TAKEN ON OCTOBER 21, 2013
*************************************************

COPY OF EACH:
     SHARON SHROCK:                $ 278.25
     LYNN SMITH:                   $ 154.00
COPY OF EXHIBITS:                  $ 338.10
(966 PAGES)
**E-TRAN/E-MAILED:**               **$   N/C**
POSTAGE & HANDLING:                $  10.00



TOTAL AMOUNT DUE:                  $ 780.35

REPORTER:  VALERI BLEYER, CSR, RPR CSR# 084-002678

THIS INVOICE REFLECTS A CASH DISCOUNT
FOR PAYMENT WITH A MAJOR CREDIT CARD THERE IS A 5%
FEE

***YOUR BUSINESS IS APPRECIATED***


EXHIBIT
E