```
              I N V O I C E
                 NO. 13-234SV
            TIN # 37-1231813
              SOUTHERN REPORTING
     P.O. BOX 36, MARION, ILLINOIS  62959
   TELEPHONE:   (618) 997-8455 or (800) 852-2387
         E-MAIL:   sr.notices@gmail.com
     WEB ADDRESS:   southern-reporting.com
```

OCTOBER 28, 2013

MR. IAN P. COOPER
TUETH KEENEY, P.C.
ATTORNEYS AT LAW
34 N. MERAMEC AVE., ST. 600
ST. LOUIS, MO 63105

RE:   DEPOSITION OF DAVID CRAIN
      NOVAK VS. SIU, ET AL., NO. 3:12-CV-7-JPG-PMF
      TAKEN ON OCTOBER 24, 2013
*******************************************************

| | |
|---|---|
| COPY OF TRANSCRIPT: | $  17.50 |
| **E-TRANSCRIPT:** | N/C |
| POSTAGE & HANDLING: | 5.60 |
| TOTAL AMOUNT DUE: | $  23.10 |

REPORTER:   SHARON VALERIUS, CSR
            CSR# 084-003349

**DUE UPON RECEIPT**
PLEASE RETURN COPY OF INVOICE WITH PAYMENT

**** THANK YOU!   YOUR BUSINESS IS APPRECIATED!****


EXHIBIT F