INVOICE
NO. 10-14LR
TIN #37-1231813
SOUTHERN REPORTING
CERTIFIED SHORTHAND REPORTERS
P.O. BOX 36
MARION, ILLINOIS 62959
TELEPHONE: (618) 997-8455 OR (800) 852-2387
E-MAIL: sr.notices@gmail.com
WEB ADDRESS: SOUTHERN-REPORTING.COM

January 31, 2014

MR. IAN P. COOPER
TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.
ATTORNEYS AT LAW
34 N. MERAMEC AVE., SUITE 600
ST. LOUIS, MO 63105


RE: DEPOSITION OF MARLA MALLETTE
NOVAK v. THE BOARD OF TRUSTEES OF SOUTHERN ILLINOIS
UNIVERSITY, et al., NO. 3:12-cv-00007-JPG-PMF
Taken January 27, 2014

| | |
|---|---|
| COPY OF TRANSCRIPT: (Condensed) | $ 260.75 |
| POSTAGE: | 5.60 |
| TOTAL AMOUNT DUE: | $ 266.35 |

Reporter: Lori A. Rogers, CSR# 084-002872

DUE UPON RECEIPT
THIS INVOICE AMOUNT REFLECTS A CASH DISCOUNT. FOR PAYMENT
WITH A MAJOR CREDIT CARD, THERE IS AN ADDITIONAL 5% USER FEE.
**$25 PER MONTH WILL BE ADDED TO INVOICES NOT PAID WITHIN
30 DAYS OF THE DATE OF INVOICE.**

RETURN COPY WITH REMITTANCE
***YOUR BUSINESS IS APPRECIATED***


EXHIBIT G